UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.    Case No. 2:12-cr-35

DOUGLAS AUGUST LEWIS,    HON. R. ALLAN EDGAR

    Defendant(s).
_____/

## ORDER OF DETENTION

In accordance with the hearing conducted on January 9, 2013, the court finds that the defendant violated his bond conditions and that it is unlikely that the defendant could comply with the conditions of release set by this court. Accordingly, IT IS HEREBY ORDERED that the order setting forth the conditions of defendant's release shall be vacated and the defendant's bond is revoked. Defendant shall be detained pending further proceedings. Defendant has reserved the right to request a hearing at which he may seek release on bond.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: January 9, 2013    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    UNITED STATES MAGISTRATE JUDGE